UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------ :
ANTHONY JERDINE, :
 :
         Petitioner, : CASE NO. 1:11 CV 899
 :
         -vs- : MEMORANDUM OF OPINION AND
 : ORDER DISMISSING PETITION
UNITED STATES OF AMERICA, et al., :
 :
         Respondents. :
------------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    On May 5, 2011, petitioner pro se Anthony Jerdine filed the above-captioned habeas corpus action under 28 U.S.C. § 2241. Mr. Jerdine challenges his continuing pretrial incarceration pending his criminal trial in this court. Any such challenge, however, must be raised in that case. See United States v. Anthony L. Jerdine, 8 CR 481.

    Accordingly, the petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

                                 /s/Lesley Wells
                            UNITED STATES DISTRICT JUDGE

Date: 17 August 2011